UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>     LaShawn Monique Williams<br><br>                    Debtor(s) | Case No. 15 B 06521 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/25/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 05/12/2015.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $200.00 |
| Less amount refunded to debtor | $100.00 |

**NET RECEIPTS:** **$100.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4.00**

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron's Sales & Lease | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| Bariatric Institute of Greater Chicago | Unsecured | 2,025.00 | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Service LLC | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| Ben Franklin Motors, LTD | Unsecured | 3,013.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Check Cashing of Illinois, LLC | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| CCB Credit Services, Inc. | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| Chase CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Bureau Parking | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| City of Oak Forest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers Inc. | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| CPS Security | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 19,005.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Credit Management, Inc. | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Emergency Medicine Specialists | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| Equitable Services, Inc. | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| FFCC-Columbus Inc. | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 789.00 | NA | NA | 0.00 | 0.00 |
| First Federal Credit Control | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| GFC Lending LLC | Secured | 11,258.00 | 12,450.43 | 12,450.43 | 96.00 | 0.00 |
| HSBC | Unsecured | 1,197.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| Hydra Financial Limited Fund III | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| IDES | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Toll Hwy Auth | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Insight Capital, LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| IQ Data International | Unsecured | 2,176.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| Mack Development Group, LLC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCM | Unsecured | 1,563.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding, LLC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| My Next Day Cash | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | 83,285.00 | NA | NA | 0.00 | 0.00 |
| Nutribullet LLC | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Assoc. | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| Preferred Capital Lending Inc. | Unsecured | 3,797.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performance Mgmt. | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| St. James Center Psychological Wellness | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus, Inc. | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile USA | Unsecured | 1,154.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of Calumet Park | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Maywood-Parking | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Webbank/FINGERHUT FRES | Secured | 102.00 | NA | NA | 0.00 | 0.00 |
| WOW Chicago | Unsecured | 559.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,450.43 | $96.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,450.43** | **$96.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4.00 |
| Disbursements to Creditors | $96.00 |
| **TOTAL DISBURSEMENTS** : | **$100.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/10/2015                               By: /s/ Marilyn O. Marshall
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**